Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
Cody Alexander Bolce, Esq. (S.B. #322725)
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: cab@colevannote.com
Web: www.colevannote.com

Attorneys for Representative Plaintiff

Richard Haggerty (Admitted *Pro Hac Vice*)
James F. Monagle (S.B. #236638)
**MULLEN COUGHLIN LLC**
426 West Lancaster Avenue, Ste. 200
Devon, PA  19333
Telephone: (267) 930-1594
Facsimile: (267) 930-4771
Email: jmonagle@mullen.law
Email: rhaggerty@mullen.law
Web: www.mullen.law

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE ORTIZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>PERKINS & CO. and PERKINS & COMPANY P.C., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:22-cv-03506-KAW<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

1  The Parties have reached a settlement in principle of Plaintiff's claims and are preparing
2  a long-form settlement agreement. As such, they submit this Notice of Settlement and ask the
3  Court to stay all deadlines and continue all hearings such that the Parties are able to finalize the
4  agreement and dismiss the case with prejudice.

Dated: March 13, 2023    **COLE & VAN NOTE**

By: */s/ Cody Alexander Bolce*
Cody A. Bolce, Esq.
Attorneys for Representative Plaintiff

Dated: March 13, 2023    **MULLEN COUGHLIN**

By: */s/ Richard Haggerty*
Richard Haggerty, Esq.
Attorneys for Defendants

**ATTESTATION**

In accordance with U.S. District Court for the Northern District of California Civil Local Rule 5-1(i)(3), the filing attorney attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: March 13, 2023          **COLE & VAN NOTE**

By: */s/ Cody Alexander Bolce*
    Cody A. Bolce, Esq.
    Attorneys for Representative Plaintiff

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800

-3-

NOTICE OF SETTLEMENT
Case No. 4:22-cv-03506-KAW