1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

ALICE ORTIZ,

Plaintiff,

Case No.  22-cv-03506-KAW

8

**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**

v.

9

PERKINS & CO, et al.,

Re: Dkt. No. 43

10

Defendants.

11

12

13

On March 13, 2023, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a

14

dismissal within 60 days of this order, absent any extension ordered by the Court.

15

In light of the settlement, the Court VACATES the March 16, 2023 hearing on

16

Defendants' motion to dismiss, and CONTINUES the April 25, 2023 case management

17

conference to May 23, 2023 at 1:30 p.m.

18

IT IS SO ORDERED.

19

Dated: April 4, 2023

20

_____

21

KANDIS A. WESTMORE
United States Magistrate Judge

22

23

24

25

26

27

28

United States District Court
Northern District of California