Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
Cody Alexander Bolce, Esq. (S.B. #322725)
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: cab@colevannote.com
Web: www.colevannote.com

Attorneys for Representative Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE ORTIZ, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PERKINS & CO. and PERKINS & COMPANY P.C.,<br><br>    Defendants. | Case No. 4:22-cv-03506-KAW<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

-1-

1  **PLEASE TAKE NOTICE** that Plaintiff Alice Ortiz ("Plaintiff") hereby voluntarily
2  dismisses her individual claims against Defendants Perkins & Co and Perkins & Company
3  P.C. ("Defendants") with prejudice and dismisses her class action claims without prejudice.

5  Dated: May 4, 2023              **COLE & VAN NOTE**

                                   By: */s/ Cody A. Bolce*
                                   Cody A. Bolce, Esq.
                                   Attorneys for Representative Plaintiff

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/ Cody Alexander Bolce*
Cody Alexander Bolce, Esq.

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800